IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40710
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ANTONIO MARTINEZ-SANCHEZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-97-CR-44-1
- - - - - - - - - -
February 10, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Antonio Martinez-Sanchez appeals from his sentence for

illegal reentry into the United States after his deportation in

violation of 8 U.S.C. § 1326.  Martinez-Sanchez argues that he

was charged with and pleaded guilty to simple illegal reentry

under § 1326(a) and (b) and that he could not be sentenced under

§ 1326(b)(2) because the indictment failed to allege that he had

a prior aggravated felony conviction.  His argument is foreclosed

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

by this court's opinion in <u>United States v. Vasquez-Olvera</u>, 999

F.2d 943, 946-47 (5th Cir. 1993).

AFFIRMED.